UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID ALLEN CROSS § | |
|     TDCJ-CID #675454 § | |
| v. § | C.A. NO. C-04-108 |
| § | |
| DOUG DRETKE, et al. § | |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On July 12, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 55). Plaintiff's objections (D.E. 58) were considered timely filed by order of the Magistrate Judge (D.E. 59). Plaintiff does not raise any specific objections to the Magistrate Judge's Memorandum and Recommendation, but instead offers a recitation of plaintiff's claims of deliberate indifference, conspiracy and retaliation. Furthermore, the cases plaintiff cites regarding qualified immunity are not relevant. Therefore, the Court finds that plaintiff's objections are without merit.

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, defendants' Motion for Summary Judgment (D.E. 52) is granted and all of plaintiff's claims against all defendants are dismissed with prejudice.

ORDERED this     21     day of     December    , 2005.

_____
HAYDEN HEAD
CHIEF JUDGE